UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 17-1466-JLS (KES)                                        Date:  September 05, 2018
Title:  Arthur Lopez v. MUFG Union Bank, N.A. et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

   Terry Guerrero                                                   N/A
   Deputy Clerk                                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

  Not Present                                                    Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER GRANTING DEFENDANTS' MOTION TO DISMISS (Doc. 57)**

     Before the Court is Plaintiff Arthur Lopez's Motion for Reconsideration of the Court's Order Granting Defendants, MUFG Union Bank, N.A. f/k/a Union Bank, N.A., MUFG Americas Holding Corporation, and Union Bancal Corporation's Motion to Dismiss.  (Mot., Doc. 57.)  Defendants opposed.  (Opp., Doc. 59.)  The Court finds this matter appropriate for decision without oral argument and the hearing set for September 7, 2018 is VACATED.  Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15.  The Court denies Lopez's Motion for two independent reasons.
     First, the Court does not have jurisdiction over this case because Lopez has appealed the Court's dismissal to the Ninth Circuit.  (Notice of Appeal, Doc. 49.)  Second, even if the Court had jurisdiction, the Motion fails to meet the stringent standard for reconsideration of the Court's prior judgment.  Under Local Rule 7-18, a motion for reconsideration:

> may be made only on the grounds of (a) a material difference in fact or law from that presented to the Court before such decision that in the exercise of reasonable diligence could not have been known to the party moving for reconsideration at the time of such decision, or (b) the emergence of new material facts or a change of law occurring after the time of such decision, or (c) a manifest showing of a failure to consider material facts presented to the Court before such decision.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  SACV 17-1466-JLS (KES)                             Date:  September 05, 2018

Title:  Arthur Lopez v. MUFG Union Bank, N.A. et al.

C.D. Cal. R. 7-18.  Here, Lopez has pointed to no difference in the facts or law that warrant reconsideration of the dismissal, nor has he made any showing of the Court's failure to consider material facts.

  Accordingly, Lopez's Motion for Reconsideration is DENIED.

                                                          Initials of Preparer:  tg